# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID WALKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 08-0530-CG-M |
| | ) |
| BIOGISTICS, INC., et al, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This matter is before the court on the motion for attorney Scott Hetrick to withdraw as counsel for defendant Biogistics, Inc. due to irreconcilable differences. (Doc. 97) Defense counsel represents that a copy of his motion has been served on Biogistics, Inc.

Upon due consideration, the motion is hereby **GRANTED**. Because corporations are prohibited from appearing in federal court without counsel, See e.g., Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985); National Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F. 2d 602, 604 (11th Cir. 1984), the defendant is **GRANTED** leave until **February 4, 2010** to retain new counsel on its behalf. If counsel does not appear on the defendant's behalf, default will be entered against Biogistics, Inc. for failure to defend.

**DONE and ORDERED** on this 21st day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE